MELISA DOMINGUEZ #30838-479
C/O FDC-Houston
P.O. Box 526255
Houston, Texas 77052

United States Courts
Southern District of Texas
FILED

MAR 14 2018

David J. Bradley, Clerk of Court

March 09, 2018

Judge Gray H. Miller
515 Rusk Street
Houston, Texas 77002

Reference: US v MELISA BAZAN DOMINGUEZ  H-17-651

To the Honorable Judge Miller;

I'm enclosing a copy of a letter that I mailed to attorney Terry Canales who refuses to refund the $10,000 my family gave him to substitute for my current attorney.

I'm very concerned because I need the money to pay my attorney Connors who is doing a good job. I've known attorney Canales when he was running for office, I did some work for him so I didn't expect him to be unethical.

Thank you for your time and consideration on this.

God bless you.

Sincerely;

MELISA DOMINGUEZ #30838-479

MELISA DOMINGUEZ # 30838-479
C/O FDC-HOUSTON
P.O. Box 526255
Houston, Texas 78572

March 07, 2017

Terry Canales, Attorney
2727 W. University
Edinburg, Texas 78539
(956)578-9568

Mr. Canales;

I've been trying to contact you but to no avail. I've sent you numerous emails and my family has also called you to refund the $10K dollars that you took by decieving my family by telling them of the plan to substitute for my attorney of record, Joe Connors. You told them that Connors would do all the motions and then you would come in to finish the work since you were a much better lawyer.

First of all, I never agreed to your representation and you have never filed an appearance in my case. You have never spoke to me and every time that I have called your number, I get no where. You have lied to my family and never did anything except finally answer them saying that you have no intentions of giving us a refund.

We have always had a great respect for you and am shocked that you're actually stealing the money that we now need to pay for my attorney who has been doing a great job and quite the contrary of what you said.

Mr. Canales, we sold my trailer house and pawned cars to get the money to pay for attorney fees and I still owe Copnnors money. I never agreed for you to represent me and you have never filed a single appearance. I need to give that money to my attorney, Connors.

I'm giving you (10) days from the reciept of this letter to fully refund the $10,000.00 to my family to pay attorney Connors. I pray that you do the right thing otherwise you will give me no choice but to file a complaint to the state bar.

Sincerely;

*[signature]*
Melisa Bazan Dominguez, Defendant

xc: Judge Gray H. Miller
    515 Rusk St.
    Houston, Texas 77002

Melisa B. Omingues 30838-479
C/o Federal Detention Center
P.O. Box 526255
Houston, Texas 77

NORTH HOUSTON TX 773
13 MAR 2018 PM 4 L

United States District Court
Southern District of Texas
FILED

MAR 14 2018

David J. Bradley, Clerk of Court

Judge Gray H. Miller
515 Rusk St.
Houston, TX 77002

77002-260099

Legal Mail