

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Federal Detention Center**

*P.O. Box 526245*
*Houston, Texas 77052*

April 9, 2018

RECEIVED IN CHAMBERS

APR 12 2018

GRAY H. MILLER
U.S. DISTRICT JUDGE

The Honorable Gray H. Miller
United States District Judge
Southern District of Texas
515 Rusk Avenue
Houston, TX  77002

United States Courts
Southern District of Texas
FILED

APR 12 2018

David J. Bradley, Clerk of Court

RE:  *United States v. Melisa Dominguez*
     Case No. 4:17-cr-00651-4
     United States District, S.D. of Texas

Dear Judge Miller:

Bureau of Prisons policy requires that the Court be notified any
time a pretrial detainee receives medication which may alter the
detainee's behavior.  Accordingly, this letter is intended to
advise the Court of the mental health status of detainee Melisa
Dominguez, federal register number 30838-479.

Ms. Dominguez is currently detained at the Federal Detention
Center, Houston, Texas (FDC Houston).  Ms. Dominguez arrived at
FDC Houston on November 11, 2017.

Ms. Dominguez has reported issues with depression and anxiety.
FDC Houston's medical and mental health staff evaluated Ms.
Dominguez and determined that he presented with symptoms
consistent with possible Unspecified Anxiety Disorder.

On February 15, 2018, FDC Houston physician Roberto Garza
prescribed Fluoxetine for Ms. Dominguez.  At present, Ms.
Dominguez has reported improvement in her mental health
adjustment.  She will continue to receive treatment by FDC
Houston's medical and mental health staff.

RECEIVED IN CHAMBERS

APR 12 2018

GRAY H. MILLER
U.S. DISTRICT JUDGE

If you require additional information, please do not hesitate to contact me.

Sincerely,

W. Smith
Warden

cc:  Adam L. Goldman, AUSA
     Email: Adam.Goldman2@usdoj.gov
     Zahra J. Fenelon, AUSA
     Email: zahra.fenelon@usdoj.gov
     Department of Justice
     United States Attorney for the Southern District of Texas
     1000 Louisiana Street, 27th Floor
     Houston, TX 77208

     Joseph A. Connors , III
     Attorney at Law
     P O Box 5838
     3219 N McColl Rd
     McAllen, TX 78502-5838
     Email: connors@innocent.com

     Terry Canales
     Terry Canales Attorney at Law, P.L.L.C.
     2727 W. University Dr.
     Edinburg, TX 78539
     Email: canaleslaw@hotmail.com

     Julio Villegas, Supv. Deputy
     U.S. Marshals Service
     515 Rusk, 10th Floor
     Houston, TX 77002
     Julio.Villegas@usdoj.gov