IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.  Case No.4:17-cr-00651-4

MELISA DOMINGUEZ,

DEFENDANT

**DEFENDANT MELISA DOMINGUEZ'S
MOTION TO ALLOW WITHDRAWAL OF CO-COUNSEL**

TO THE HONORABLE COURT:

The Defendant in the above styled and numbered cause, MELISA DOMINGUEZ, under Rule 83.2 of the Local Rules for the Southern District of Texas, respectfully moves the Court for an order permitting TERRY CANALES to withdraw as co-counsel of record. In support of this motion, attorney TERRY CANALES, would show the Court as follows:

**I.**

The Defendant has requested counsel to withdraw, making it impossible for counsel to represent the interests of the Defendant. Furthermore, the defendant's family has filed a grievance with the state bar of Texas alleging among other things ineffective assistance of counsel. It is clear from the defendant's request for withdrawal and other filings made with the court that Attorney Canales' representation of the defendant can not proceed in the interest of justice. Furthermore, the defendant will not be left unrepresented as Attorney Joseph A. Conners III, will continue as lead counsel a roll he has undertaken since the inception of this matter.

The Defendant will not be prejudiced if counsel is permitted to withdraw, as her lead counsel remains her lawyer of the aforementioned.

## II.

Attorney Terry Canales, respectfully requests that this motion be granted in its entirety.

Respectfully Submitted,

TERRY CANALES, ATTORNEY AT LAW PLLC
2727 W. University Dr.
Edinburg, TX 78539
Ph: (956) 316-2223
Fax: (956) 316-2229
Email: tcanales@rgvattorney.com

/S/ TERRY CANALES
TERRY CANALES
Texas State Bar Number: 24052947
Federal Bar No.: 770449
EDINBURG, Texas 78539

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant's Motion to Allow Withdrawl of Co-Counsel Terry Canales was served via ECF/CM to U.S Attorney's Office, Assistant United States Attorney on the 13th day of July, 2018.

/s/ TERRY CANALES
TERRY CANALES

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                            Case No.4:17-cr-00651-4

MELISA DOMINGUEZ,

    DEFENDANT

## ORDER ON DEFENDANT MELISA DOMINGUEZ'S
## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Movant, Attorney TERRY CANALES' Motion to Allow Withdrawal of Counsel is hereby:

_____  GRANTED

_____  DENIED

Signed in HOUSTON DIVISION, Texas on this the \_\_\_\_\_ day of _____, 2018.

_____
United States District Judge