United States District Court
Southern District of Texas
**ENTERED**
March 07, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **4:17-cr-651-4**

**MELISA DOMINGUEZ (4)**

### ORDER

After considering the defendant Dominguez's motion to amend her conditions of release, the Court grants that motion and hereby ORDERS that Melisa Dominguez's conditions of release are amended as follows:

1. Ms. Dominguez is allowed to travel to Florida between March 11th and March 18th. She is to provide all pertinent details of her trip to her probation officer.

2. ~~Her custodian requirement is amended to include Alejandra Dominguez.~~ *Denied without prejudice to resubmission in proper form. — CRE*

3. Ms. Dominguez's curfew is:

   [ ] eliminated

   OR

   [✓] Does not apply while traveling between McAllen and Houston or between McAllen and Florida, but remains in place while in McAllen and while in Florida.

Signed this day ___7th___ of ___March___, 2023, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE